**Order entered August 1, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00548-CV

## IN THE INTEREST OF J.P.M., V.M., AND A.M., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-22610**

## ORDER

Before the Court is the July 30, 2017 second request of court reporter Janet Saaverdra for

an extension of time to file the reporter's record.  We **GRANT** the request and extend the time to

**August 29, 2018**.


/s/    ADA BROWN
        JUSTICE